IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY LEE G.,

        Plaintiff,

v.

COMMISSONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. 2:18-cv-00581-JR

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation [18] on March 13, 2019, in which she recommends that the decision of the Commissioner be affirmed and this case dismissed. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 20. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [18]. The decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this 26 day of June, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge