IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


GREGORY LEE G.,                                                              Case No. 2:18-cv-00581-JR

                    Plaintiff,

                                                                            ORDER FOR ATTORNEY FEES
           v.                                                               UNDER 42 U.S.C § 406(B)

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.


        Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b), is hereby GRANTED,

and Plaintiff's counsel is awarded  $49,585.50 under 42 U.S.C. § 406(b). Previously, this Court

awarded Plaintiff EAJA fees in the amount of $30,828.42, to be  paid to Plaintiff's attorney, Ms.

Meserow, after the satisfaction of Plaintiff's debts  under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

ECF Doc. 43, p.3; ECF Doc. 46, and ECF Doc. 30 from Plaintiff's previous Case No. 2:14-cv-

00756-SU. Therefore, when issuing the 406(b) fee check for payment to Plaintiff's counsel, the

Commissioner is directed to subtract the $30,828.42 previously received, and to send  Ms.

Meserow the remaining balance of $18,757.08, less any applicable processing fee prescribed by

law. The § 406(b) check payable to Ms. Meserow should be mailed to Nancy J. Meserow, Law

Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, OR 97219.

        **IT IS SO ORDERED** this 5th day of June, 2024.


                                                 /s/ Jolie A. Russo
                                                Jolie A. Russo
                                                U.S. Magistrate Judge


ORDER GRANTING 406 (B) FEES, 2:18-cv-00581-JR